

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

City of Midland and Washington
Aquatic Center,

\* From the County Court at Law
of Midland County,
Trial Court No. CC 18606.

Vs. No. 11-16-00276-CV

\* September 29, 2017

Herbert Bunch, individually and as
next friend of Trebreh Bunch,

\* Memorandum Opinion by Wright, C.J.
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is error in the order below. Therefore, in accordance with this court's opinion, the order of the trial court is reversed insofar as it denied the City of Midland's plea to the jurisdiction as to Herbert Bunch's negligence and premises liability claims that are based on ordinary negligence, and we render judgment dismissing those claims. The order of the trial court is affirmed insofar as it denied the City's plea with respect to Herbert Bunch's gross negligence claim. The costs incurred by reason of this appeal are taxed one-half against the City of Midland and Washington Aquatic Center and one-half against Herbert Brunch, individually and as next friend of Trebreh Bunch.